**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHIRAG C., | No.  1:26-cv-00831 JLT SKO (HC) |
| Petitioner, | A-Number: 201-604-214 |
| | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS (Doc. 14) |
| v. | |
| | ORDER GRANTING PETITION FOR WRIT OF HABEAS CORPUS, DIRECTING RESPONDENTS TO RELEASE PETITIONER, ENJOINING RESPONDENTS FROM RE-DETAINING PETITIONER, AND DIRECTING CLERK OF COURT TO ENTER JUDGMENT AND CLOSE CASE |
| PAM BONDI, et al., | |
| Respondents. | |

Petitioner Chirag C. is an immigration detainee proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.  This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On March 11, 2026, the assigned Magistrate Judge issued Findings and Recommendations to grant the petition.  (Doc. 14.)  The Court served the Findings and Recommendations on all parties and notified them that any objections were due within 7 days.  (Doc. 14.)  On March 17, 2026, Respondents filed objections. (Doc. 15.) On March 18, 2026, Petitioner filed a response to Respondent's objections. (Doc. 16.)

1

According to 28 U.S.C. § 636(b)(1)(C), this Court performed a *de novo* review of this case. Having carefully reviewed the matter, the Court concludes the Findings and Recommendations are supported by the record and proper analysis.

Based upon the foregoing, the Court **ORDERS**:

1. The Findings and Recommendations issued on March 11, 2026, (Doc. 14), are **ADOPTED** in full.

2. The petition for writ of habeas corpus is **GRANTED**.

3. Respondents are **ORDERED TO RELEASE** Petitioner immediately.

4. Respondents are **ENJOINED** from re-detaining Petitioner unless her re-detention is ordered at a custody hearing before a neutral arbiter where the government bears the burden of proving, by clear and convincing evidence, that Petitioner presents a flight risk or danger to the community.[1] This Order does not preclude Respondents from taking Petitioner into custody pursuant to the authority and procedures of 8 U.S.C. § 1231, if and when a final order of removal is issued and becomes administratively final.

5. The Clerk of Court is directed to enter judgment and close the case.

This order terminates the action in its entirety.

IT IS SO ORDERED.

Dated: March 19, 2026

_____
JENNIFER L. THURSTON
U.S. District Judge

---

[1] If legally sufficient circumstances justify detention without notice in advance, a post-deprivation hearing **SHALL** be provided within seven days of the arrest.

2